37 A.3d 449

IN THE MATTER OF MICHAEL SCOTT KLEIN, AN ATTORNEY AT LAW (ATTORNEY NO. 045221994).

January 11, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–137, concluding that as a matter of final discipline pursuant to *Rule* 1:20–13(c), **MICHAEL SCOTT KLEIN** of **WARRINGTON, PENNSYLVANIA,** who was admitted to the bar of this State in 1994, should be suspended from the practice of law for a period of three years based on respondent's plea of guilty in the United States District Court for the Eastern District of Pennsylvania to tax evasion, in violation of 26 *U.S.C.* § 7201 and to criminal conspiracy to defraud the United States, in violation of 18 *U.S.C.* § 371, conduct that in New Jersey violates *RPC* 8.4(b) (commission of a criminal act that adversely reflects on the attorney's honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **MICHAEL SCOTT KLEIN** is suspended from the practice of law for a period of three years and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.